UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREGORY J. EVERETTE ETAL.,

        Plaintiff(s),         Case No.  11-11844

v.         Judge  Bernard A. Friedman

        Magistrate Judge  Mark A. Randon

SHAHEEN, JACOBS & ROSS P.C., ET AL.,

        Defendant(s).
_____/

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS
AND/OR REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL

The court having considered the application to proceed in forma pauperis:

IT IS ORDERED that the application is:

☑     GRANTED

☐     DENIED, for the following reasons:

If denied the plaintiff is directed to pay the filing fee by _____.  Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

SERVICE

The court having considered the request[1] of the plaintiff that the court direct service by a United States Marshal. The court finds the plaintiff proceeds:

☑     in forma pauperis pursuant to 28 U.S.C. § 1915.

☐     as a seaman under 28 U.S.C. § 1916.

☐     as neither in forma pauperis nor as a seaman.

---

[1] Upon a plaintiff's request, "the court may order that service be made by a United States marshal" or another person appointed by the court; "the court must so order if the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or . . . as a seaman under 28 U.S.C. § 1916." Fed. R. Civ. P. 4(c)(3)(emphasis supplied).

Therefore, IT IS ORDERED that the request for service is:

☑  GRANTED, and the clerk is directed to process the complaint and issue the summons for service by the United States Marshal.

☐  DENIED, for the following reasons:

s/Bernard A. Friedman
Bernard A. Friedman, U.S. District Judge

Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date:  April 28, 2011

S/Carol L. Mullins
Case Manager/Deputy Clerk