UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY EVERETT, et al.,

    Plaintiffs,                                        Civil Action No. 11-CV-11844

vs.                                                  HON. BERNARD A. FRIEDMAN

SHAHEEN, JACOBS & ROSS, P.C., et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFFS' APPLICATION FOR
LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

        Plaintiffs have filed an application for leave to proceed on appeal in forma pauperis. The application is denied because, for the reasons explained in the magistrate judge's report and recommendation ("R&R") and in the court's order accepting the R&R, any appeal in this matter would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

        SO ORDERED.

Dated: November 7, 2011                S/Bernard A. Friedman
        Detroit, Michigan              BERNARD A. FRIEDMAN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2011, by electronic and/or ordinary mail.

                                                       s/Shawntel R. Jackson
                                                     Case Manager for Carol Mullins